117–119 WEST 46TH STREET CORPORATION, Appellant, v. HARRY K. WALLACH and Others, Respondents.— Order affirmed, with ten dollars costs and disburse-

ments, with leave to the plaintiff to serve an amended complaint with respect to the second cause of action within twenty days from service of order with notice of entry thereof upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.; Finch and Proskauer, JJ., dissent as to the first cause of action.